Cite as 2024 Ark. App. 449

# ARKANSAS COURT OF APPEALS
DIVISION I
No. CR-23-516

|  |  |  |
|---|---|---|
| DENNIS HUTCHINSON | | **Opinion Delivered** September 25, 2024 |
| | APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, FIRST DIVISION [NO. 60CR-08-983] |
| V. | | |
| STATE OF ARKANSAS | | HONORABLE LEON JOHNSON, JUDGE |
| | APPELLEE | |
| | | DISMISSED |

## RITA W. GRUBER, Judge

Dennis Hutchinson, acting pro se, appeals the circuit court's denial of his petition for postconviction relief from his 2008 jury conviction for second-degree murder. The State correctly argues that Hutchinson's petition was untimely filed in the circuit court and that we lack jurisdiction to address his appeal.

In *Hutchinson v. State*, 2010 Ark. App. 235, we affirmed Hutchinson's conviction and aggregate sentence of 540 months' imprisonment. The mandate in that case was issued on March 30, 2010. *See Hutchinson v. State*, No. CR-09-596, Mandate (Ark. App. Mar. 30, 2010) (originally docketed as CACR09-596).[1] On April 26, 2023, Hutchinson filed a pro se petition

---

[1]Hutchinson filed a petition for writ of error coram nobis in 2016, which our supreme court denied in *Hutchinson v. State*, 2017 Ark. 55, 510 S.W.3d 245 (per curiam).

requesting relief in the circuit court. On May 11, 2023, the circuit court entered an order denying his petition as untimely and without merit.

If an appeal was taken of the judgment of conviction, a petition claiming relief under this rule must be filed in the circuit court within sixty days of the date that the appellate court issues its mandate. Ark. R. Crim. P. 37.2(c)(ii). The time limitations imposed in Rule 37.2(c) are jurisdictional; if they are not met, a trial court lacks jurisdiction to grant postconviction relief. *Wright v. State*, 2011 Ark. 356, at 4; *Westbrook v. State*, 2022 Ark. App. 180, at 2. Hutchinson filed his petition more than thirteen years after our mandate was issued—clearly beyond sixty days of the mandate.

Under Rule 37.2, the circuit court did not have jurisdiction to consider Hutchinson's petition for postconviction relief. Accordingly, we dismiss for lack of jurisdiction.

Dismissed.

HARRISON, C.J., and THYER, J., agree.

*Dennis Hutchinson*, pro se appellant.

*Tim Griffin*, Att'y Gen., by: A. *Evangeline Bacon*, Ass't Att'y Gen., for appellee.